1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  MARI C. EMMONS,                    )
                                       )
13         Plaintiff,                  )   CIVIL NO.  05-01959 EDL
                                       )
14         v.                          )   STIPULATION AND ORDER
                                       )   APPROVING COMPROMISE
15  JO ANNE B. BARNHART,               )   SETTLEMENT OF ATTORNEY
    Commissioner of Social Security,   )   FEES PURSUANT TO THE EQUAL
16                                     )   ACCESS TO JUSTICE ACT
           Defendant.                  )
17  _____)

18         The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with

19  defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20  counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21         1. Defendant shall pay SIX THOUSAND DOLLARS ($6,000.00), pursuant to the Equal

22  Access to Justice Act (EAJA), for attorney fees incurred in this court action.  The check is to be

23  payable to plaintiff's counsel:

24                      GLENN M. CLARK
                2222 MARTIN LUTHER KING JR. WAY
25                     BERKELEY, CA 94704
                        (510) 848-7200
26
           2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not
27
    constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice
28

1  Act.

2     3. Payment of the SIX THOUSAND DOLLARS ($6,000.00) EAJA fees incurred in this
3  court action, will constitute a complete release from and bar to any and all claims, rights, causes of
4  action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, or costs as a result
5  of this court action.

Dated: April 14, 2006
          /s/
      GLENN M. CLARK
      Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: April 14, 2006    By:   /s/
      SARA WINSLOW
      Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: April 17, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

EMMONS, EAJA STIP (pt)
C 05-01959 EDL         2